377 A.2d 1006

Wildman Arms, Inc., Appellant, v. Safeguard Industries, Inc.

Argued June 20, 1977. James D. Crawford, with him Schnader, Harrison, Segal & Lewis, for appellant; Richard P. Brown, Jr., with him Morgan, Lewis & Bockius, for appellee.

Decree affirmed.

377 A.2d 1006

Wilson Appeal.

Argued June 16, 1977. R. Belnave, with him James D. Morris, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, with him Patrick J. Toole, Jr., District Attorney, for appellee.

Order affirmed.